IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN FOWLIE,

      Plaintiff,                        No. CIV S-09-0881 EFB P

      vs.

J. HAVILAND,

      Defendant.                   <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel and *in forma pauperis* in an action brought under 42 U.S.C. § 1983. The case was referred to the undersigned by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1). Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a). No initial payment has been assessed. However, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account. 28 U.S.C. § 1915(b)(2). The agency having custody of plaintiff is required to forward payments from plaintiff's account to the Clerk of the Court each time the amount in the account exceeds $10 until the filing fee is paid.

////

////

////

1

1 | The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's *in forma*
2 | *pauperis* application upon the Director of the California Department of Corrections and
3 | Rehabilitation and deliver a copy of this order to the Clerk's financial division.
4 | So ordered.
5 | Dated: November 19, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE